ALICE A. HOWARD and Others, Respondents, v. ALICE E. DOYLE and Others, Appellants.— Motion for reargument denied, with ten dollars costs.

ROBERT DREW DUNN and Others, Appellants, v. THOMAS BISHOP and Others, Respondents.— Motion to dismiss appeal denied, with leave to renew in case appellants fail to proceed with due diligence to procure case to be settled and signed, and printed papers to be filed and served.

CHARLES S. KENT, Appellant, v. ABRAM C. YOUNG and Others, Respondents.— Motion to dismiss appeal denied, with leave to renew in case appellant fails to proceed with due diligence to procure case to be settled and signed and printed papers to be filed and served.

In the Matter of the Probate of the Last Will and Testament of CELIA ALEXANDER, Deceased.— Motion granted and appeal dismissed, with costs.

PAUL P. STERN, Respondent, v. ORSON J. WEIMERT, Appellant.— Motion granted and appeal dismissed, without costs.

CHARLES CARROLL, Appellant, v. CITY OF OSWEGO and Others, Respondents.— Motion granted and appeal dismissed, with costs.

ESTHER GARDNER, Respondent, v. LESSER KAPLAN, Appellant.— Motion granted and appeal dismissed, with costs.

DANIEL GROVES, Appellant, v. LEVI GRIMSHAW, Respondent.— Motion granted and appeal dismissed, with costs.

In the Matter of the Application of ELLA M. COSTELLO for the Removal of WILLIAM A. DOLL from Certain Premises in the City of Buffalo, N. Y.— Appeal dismissed, without costs, upon stipulation filed.

In the Matter of the Probate of the Last Will and Testament of WILLIAM ROSENGREEN, Deceased.— Appeal dismissed, without costs, upon stipulation filed.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. ERIE RAILROAD COMPANY, Appellant, v. STATE TAX COMMISSION, Respondent.— Order affirmed, with ten dollars costs and disbursements. All concurred.

PHILIP BACHERT and Others, Appellants, Respondents, v. CHARLES A. WHITE, Respondent, Appellant.— Order modified so as to sustain also the demurrer to the fourth separate defense in the answer, and as so modified affirmed, without costs of this appeal to either party. All concurred.

VIKTOR B. DOLD, Appellant, Respondent, v. JACOB C. DOLD, Respondent, Appellant.— Order affirmed, without costs of this appeal to either party. All concurred, except Lambert, J., who dissented and voted for reversal of the order in so far as it limits the scope of the examination.

JOSEPH GIBBONS, Respondent, v. THOMAS MADDEN, Appellant.— Order affirmed, with ten dollars costs and disbursements. All concurred.